UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                            Civil No. 12-cv-114-JD

<u>Charles Limanni, et al.</u>


<u>O R D E R</u>

On June 3, 2013, a hearing was held on plaintiff's motion for an enlargement of time to complete discovery (doc. no. 14). Attorney Thomas Cole appeared for plaintiff, defendants Charles Limanni and Linda Limanni appeared on their own behalf, and Attorney Steven Whitley appeared for defendant Town of Barrington. All parties and counsel appeared via telephone.

The court grants plaintiff's request to extend the deadline for the close of discovery (doc. no. 14) so that Mr. Limanni's deposition can take place on July 1, 2013, at 1:00 p.m. Discovery is extended until July 2, 2013.

Mr. Limanni raised the issue of retaining counsel for the limited purpose of representing him at his deposition. The New Hampshire state court rules, <u>see</u> N.H. Super. Ct. R. 14, and New Hampshire Rules of Professional Conduct, <u>see</u> N.H.R. Prof. Conduct 1.2(c), permit limited representation such as that

proposed by Mr. Limanni.  Unlike the United States District Court for the District of Maine which expressly prohibits such limited representation, see U.S. Dist. Ct. Rules D. Maine, Rule 83.2, this district has no rule on point.  For limited representation to occur here, the matter would need to be brought before Judge DiClerico.  Accordingly, to the extent Mr. Limanni intends to pursue such limited representation of counsel at his deposition, he shall file a request with the court on or before June 17, 2013.

    SO ORDERED.

                              _____
                              Landya B. McCafferty
                              United States Magistrate Judge

Dated:  June 4, 2013

cc:  Thomas P. Cole, Esq.
     Charles Limanni, pro se
     Linda Limanni, pro se
     Steven M. Whitley, Esq.