```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                      Civil No. 12-cv-114-JD

Charles Limanni, et al.

O R D E R

The United States brought suit against Charles Limanni, pursuant to 26 U.S.C. §§ 7402 and 7403, to enforce federal tax liens on his property in Barrington, New Hampshire. The Town of Barrington, Linda Limanni, and Artella E. Chase are also named in the suit as potentially interested parties. Charles Limanni is proceeding pro se but moved for permission to have Attorney Peter Anderson provide limited scope representation for Limanni's deposition that is scheduled for July 1, 2013.

A telephone hearing was held on the motion on June 19, 2013. During the hearing, Limanni agreed that he is seeking limited scope representation by Anderson for the deposition on July 1, that Anderson will enter an appearance for that limited scope representation only, and that Limanni will pay all fees and costs charged by Anderson for the limited scope representation. Neither the government nor the other parties objected to the proposed limited scope representation.

Conclusion

Therefore, Limanni's motion for limited scope representation (document no. 16) is granted as follows:

1. Permission is granted to Limanni to retain Attorney Peter Anderson to represent him for the July 1, 2013, deposition.

2. Anderson shall enter an appearance to represent Limanni limited to representation for the deposition.

3. Limanni is responsible to pay all fees and costs charged by Anderson for the limited scope representation, and the government is not responsible to pay any of the fees or costs charged by Anderson for that representation.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

June 19, 2013

cc: Thomas P. Cole, Esquire
　　Charles Limanni, pro se
　　Linda Limanni, pro se
　　Steven M. Whitley, Esquire